# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Jackson Sr, Philip Arthur  
Jackson, Valerie Kay  
Debtors

§  
§  
§  
§

Case No. 09 B 25119

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/10/2009.

2) The plan was confirmed on 10/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/08/2010.

5) The case was converted on 06/02/2010.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $35,959.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,603.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$5,603.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,592.75 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $358.57 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,951.32** |
| Attorney fees paid and disclosed by debtor | $90.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cook County Treasurer | Secured | $0 | NA | NA | $0 | $0 |
| Everhome Mortgage Company | Secured | $23,500.00 | $24,745.83 | $23,500.00 | $1,571.43 | $0 |
| Everhome Mortgage Company | Secured | $190,000.00 | $200,934.11 | $200,934.11 | $0 | $0 |
| Holden Park Association | Secured | $0 | $9.72 | $9.72 | $0 | $0 |
| Holden Park Association | Secured | $1,200.00 | $1,209.72 | $1,200.00 | $80.25 | $0 |
| Account Management Service | Unsecured | $610.00 | $631.20 | $631.20 | $0 | $0 |
| Account Recovery Service | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $184.00 | NA | NA | $0 | $0 |
| ACL Inc | Unsecured | $137.00 | $138.65 | $138.65 | $0 | $0 |
| ACL Inc | Unsecured | $60.00 | $60.74 | $60.74 | $0 | $0 |
| ACL Inc | Unsecured | $223.00 | $223.87 | $223.87 | $0 | $0 |
| ACL Inc | Unsecured | $73.00 | $73.21 | $73.21 | $0 | $0 |
| American Collections & Credit | Unsecured | $478.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $1,349.95 | $2,577.39 | $2,577.39 | $0 | $0 |
| Apollo Casualty Co | Unsecured | $1,454.26 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $3,743.00 | $3,807.10 | $3,807.10 | $0 | $0 |
| Capital One | Unsecured | $639.03 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:**  *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One | Unsecured | $823.51 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $740.46 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $858.08 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $590.62 | NA | NA | $0 | $0 |
| Certified Services | Unsecured | $48.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $197.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $228.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $298.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $190.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $93.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $219.35 | $126.20 | $126.20 | $0 | $0 |
| Great American Finance Company | Unsecured | $668.00 | $668.97 | $668.97 | $0 | $0 |
| Harvard Collection Services In | Unsecured | $372.00 | NA | NA | $0 | $0 |
| Horizon Health Care Associates | Unsecured | $458.75 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $1,088.69 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | $288.00 | $239.79 | $239.79 | $0 | $0 |
| Merrick Bank | Unsecured | $1,588.79 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $195.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $182.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $152.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $63.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $63.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $317.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $124.00 | NA | NA | $0 | $0 |
| Northwest Collectors | Unsecured | $333.00 | NA | NA | $0 | $0 |
| Omni Sports & Fitness Center | Unsecured | $1,907.96 | $2,047.69 | $2,047.69 | $0 | $0 |
| Pellettieri & Associates | Unsecured | $592.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,090.64 | NA | NA | $0 | $0 |
| Portfolio Acquisitions | Unsecured | NA | $626.52 | $626.52 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $554.68 | $512.46 | $512.46 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $1,473.44 | $1,473.44 | $0 | $0 |
| Premier Bankcard | Unsecured | $450.32 | $333.07 | $333.07 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Premier Bankcard | Unsecured | $578.76 | $259.16 | $259.16 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $848.68 | $488.41 | $488.41 | $0 | $0 |
| ROI Services Inc | Unsecured | $500.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $668.67 | $384.80 | $384.80 | $0 | $0 |
| Sprint Nextel | Unsecured | NA | $573.57 | $573.57 | $0 | $0 |
| United States Dept Of Education | Unsecured | $6,102.00 | $6,197.20 | $6,197.20 | $0 | $0 |
| United States Dept Of Education | Unsecured | $235.00 | $237.26 | $237.26 | $0 | $0 |
| United States Dept Of Education | Unsecured | $235.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $1,404.00 | $1,404.54 | $1,404.54 | $0 | $0 |
| Village Of Matteson | Unsecured | $1,207.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $200,934.11 | $0 | $0 |
| Mortgage Arrearage | $23,500.00 | $1,571.43 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $1,209.72 | $80.25 | $0 |
| **TOTAL SECURED:** | $225,643.83 | $1,651.68 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $23,085.24 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
| --- | --- |
| Expenses of Administration | $3,951.32 |
| Disbursements to Creditors | $1,651.68 |
| **TOTAL DISBURSEMENTS:** | $5,603.00 |

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 8, 2010     By: /s/ MARILYN O. MARSHALL
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.